✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Mark Hayden

Plaintiff(s),

v.

Bob's Red Mill Natural Foods, Inc.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:23-cv-03862-HSG

Notice is hereby given that, subject to approval by the court, __Bob's Red Mill Natural Foods__ substitutes
(Party(s) Name)

__David T. Biderman__, State Bar No. __101577__ as counsel of record in
(Name of New Attorney)

place of __Christine Starkie__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Perkins Coie LLP
- Address: 505 Howard Street, Suite 1000, San Francisco, California 94105
- Telephone: (415) 344-7000    Facsimile: (415) 344-7050
- E-Mail (Optional): dbiderman@perkinscoie.com

I consent to the above substitution.
Date: 11-2-2023

Bob's Red Mill Natural Foods, Inc.

*Elizabeth Semler*   General Counsel
(Signature of Party(s))

I consent to being substituted.
Date: 10/18/2023

*Christine Starkie*
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 11/2/2023

[signature]
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 11/8/2023

*Haywood S. Gill, Jr.*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# PROOF OF SERVICE

*Mark Hayden v. Bob's Red Mill Natural Foods, Inc.*
United States District Court, Northern District of California Case No. 4:23-CV-03862-HSG

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is 425 California Street, Suite 2100, San Francisco, California 94104. On the execution date below and in the manner stated herein, I served the following documents:

**1. DEFENDANT'S SUBSTITUTION OF ATTORNEY**

on all interested parties in this action by placing [ ] the original or [X] a true copy of the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Craig Wallace Straub<br>Zachary Miles Crosner<br>Michael Houchin<br>CROSER LEGAL, P.C.<br>9440 Santa Monica Blvd., Suite 301<br>Beverly Hills, CA 90210<br>Telephone: (310) 498-5818<br>Email: craig@crosnerlegal.com<br>zach@crosnerlegal.com<br>mhouchin@crosnerlegal.com<br>***Counsel for Plaintiff*** | David T. Biderman<br>Jasmine Wei-Ming Wetherell<br>Natalie Kathleen Sanders<br>PERKINS COIE LLP<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105<br>Telephone: (415) 344-7000<br>Email: dbiderman@perkinscoie.com<br>jwetherell@perkinscoie.com<br>nsanders@perkinscoie.com<br>***New Counsel for Defendant*** |

[X]   (BY CM/ECF TRANSMISSION)  I caused the documents to be sent by the CM/ECF system to the person(s) at the e-mail address(es) so indicated on the attached list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was incomplete or unsuccessful.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the services was made.

[X]   (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 7, 2023, at San Francisco, California.

*/s/ Gisselle Castillo*
Gisselle Castillo