1  CROSNER LEGAL, P.C.
   Michael T. Houchin (SBN 305541)
2  mhouchin@crosnerlegal.com
   Craig W. Straub (SBN 249032)
3  craig@crosnerlegal.com
   Zachary M. Crosner (SBN 272295)
4  zach@crosnerlegal.com
5  9440 Santa Monica Blvd. Suite 301
   Beverly Hills, CA 90210
6  Tel: (866) 276-7637
   Fax: (310) 510-6429
7

8  *Attorneys for Plaintiff and the Proposed Class*

9

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12

13  MARK HAYDEN, individually and on behalf    Case No. 4:23-cv-03862-HSG
    of all others similarly situated,
14                                             **ORDER GRANTING JOINT**
                   Plaintiff,                  **STIPULATION TO EXTEND**
15                                             **PLAINTIFF'S TIME TO FILE AN**
                                               **AMENDED COMPLAINT**
16  v.

17  BOB'S RED MILL NATURAL FOODS, INC.,        Court: 2
                                               Judge: Hon. Haywood S. Gilliam, Jr.
18                 Defendant.

19

20

21

22

23

24

25

26

27

28

Having reviewed the Parties' Joint Stipulation to Extend Plaintiff's Time to File an Amended Complaint, the Court hereby **GRANTS** the Joint Stipulation. Accordingly, Plaintiff shall file an amended complaint by no later than June 4, 2024.

**IT IS SO ORDERED.**

Dated:  4/30/2024

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

-1-